TITLE GUARANTEE AND TRUST COMPANY, as Surviving Trustee under the Last Will and Testament of WILLIAM H. RUSSELL, Deceased, for the Benefit of FLORENCE WEBB, Respondent, v. ORAZIO DE FRANCESCO and Others, Defendants, Impleaded with JOSEPH DI DEMENICO, as Committee of the Estate of ORAZIO DE FRANCESCO, an Incompetent Person, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD A. SCOTT, Respondent, v. HALSEY, STUART & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.